HANS ISBRANDTSEN ET AL. *v.* PLANNING AND
ZONING BOARD OF APPEALS OF THE TOWN
OF GREENWICH ET AL.
(10757)

O'CONNELL, FOTI and LAVERY, Js.

Argued December 7, 1993—decision released January 4, 1994

*Jeffrey J. Mirman,* for the appellants (plaintiffs).

*John K. Wetmore,* assistant town attorney, for the appellee (named defendant).

PER CURIAM. This case is controlled by *Leo Fedus & Sons Construction Co.* v. *Zoning Board of Appeals,* 225 Conn. 432, 623 A.2d 1007 (1993).

The judgment is affirmed.